JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SEMCZUK,<br><br>    Plaintiff,<br><br>    v.<br><br>HOWMEDICA OSTEONICS CORP d/b/a/ STRYKER ORTHOPAEDICS, a New Jersey corporation, STRYKER SALES CORPORATION, a Michigan corporation, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.  SACV13-00970 DMG (SHx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS HOWMEDICA OSTEONICS CORP AND STRYKER SALES CORPORATION [36]** |

In accordance with the parties' stipulation, **IT IS HEREBY ORDERED** that the above-captioned action by Plaintiff Walter Semczuk is hereby dismissed against defendants Howmedica Osteonics Corp and Stryker Sales Corporation with prejudice.  Each party will bear its own costs of this action.

DATED:  September 19, 2014

_____
DOLLY M. GEE
UNTIED STATES DISTRICT JUDGE

1

ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO HOWMEDICA OSTEONICS CORP AND STRYKER SALES CORPORATION
CASE NO:  SACV13-00970 DMG (SHx)